EXHIBIT A

1  JOHN D. KAUFMANN
   Attorney At Law
2  Suite 905 Transamerica Bldg.
   177 North Church Avenue
3  Tucson, Arizona 85701
   (520) 623-2016  Fax (520) 623-8715
4
5  Arizona State Bar No. 004156
   Pima County Computer No. 30436

FILED
2009 OCT 30  PM 4: 57
CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| WAYNE E. COATES and PATRICIA WIERCINSKI, husband and wife. <br>     Plaintiffs. <br><br> vs. <br><br> SUSAN MINNICK; ERIC MATHERS; KATHLEEN ROWLEY and JAMES ROWLEY, husband and wife; JOSEPH ROWLEY and KRISTA ROWLEY, husband and wife; MANUEL NORIEGA and MAGDALENA NORIEGA, husband and wife; GREGORY H. SCHEID and BETH ANN SCHEID, husband and wife. <br>     Defendants. | NO. CV-09-733 <br><br> COMPLAINT <br> 1) CONSPIRACY TO VIOLATE 42 U.S.C §1983 <br> 2) VIOLATION OF 42 U.S.C. §1983 <br> 3) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

COMES NOW Plaintiffs Coates and Wiercinski, by and through undersigned counsel of record, John D. Kaufmann, and for their Complaint allege as follows:

## GENERAL ALLEGATIONS

1. Plaintiffs Coates and Wiercinski ("Plaintiffs") are husband and wife and are domiciled and residing in Santa Cruz County, Arizona and have been husband and wife and so domiciled since the year 2006.

2. Defendants Kathleen Rowley and James Rowley, husband and wife are domiciled and residing in Santa Cruz County, Arizona and have been husband and wife and so domiciled since on or before the year 2006.

3. Defendants Gregory Scheid and Beth Ann Scheid, husband and wife are domiciled and residing in Santa Cruz County, Arizona and have been husband and wife and so domiciled since on or before the year 2006.

4. Defendants Joseph Rowley and Krista Rowley, husband and wife are domiciled and residing in Maricopa County, Arizona and have been husband and wife and so domiciled since the year 2006.

5. Defendant Susan Minnick is a single woman presently residing and domiciled in Santa Cruz County, Arizona and has been so domiciled since on or before the year 2006.

6. Defendant Eric Mathers is a single man presently residing and domiciled in Santa Cruz County, Arizona and has been so domiciled since on or before the year 2006.

7. Defendants Manuel Noriega and Jane Doe Noriega, husband and wife are domiciled and residing in Santa Cruz County, Arizona and have been husband and wife and so domiciled since on or before the year 2006.

8. All acts done by Defendants who were married, were done for the benefit of the marital community.

9. All acts alleged occurred in Santa Cruz County, Arizona.

10. This Court has both subject matter and personal jurisdiction over the parties.

11. Defendants James Rowley and Kathleen Rowley ("Defendants Rowley"), Gregory Scheid and Beth Scheid ("Defendants Scheid"), Susan Minnick

and Eric Mathers live in the same vicinity as, and in close proximity to, Plaintiffs ("the Neighborhood").

12. Defendants Joseph Rowley and Krista Rowley are the son and daughter-in-law respectively of Defendants Rowley.

13. Defendant Manuel Noriega is a law enforcement officer and was a law enforcement officer at all times pertinent to this action and was working for the Santa Cruz Sheriff's Office and acting under color of State law.

14. Plaintiffs are joggers who use public and private roads in the Neighborhood for this and other purposes.

15. In 2006, Defendants Scheid, Scheid, James Rowley and Kathleen Rowley began conspiring to violate civil rights of Plaintiffs.

16. In March of 2007 Defendant Joseph Rowley at the direction and/or with the cooperation of Defendants Rowley and Scheid, erected a traffic sign on a private easement used by Plaintiffs which stated "85 mph when joggers are present" ("Sign"). This was directed at Plaintiffs as they were and are the only joggers in the Neighborhood.

17. The Sign was intended to, and did in fact, threaten and intimidate Plaintiffs.

18. From October 2006 through 2008, Defendants Rowley, (Katherine and James) Defendants Scheid, Defendant Minnick and Defendant Mathers ("Defendants") individually and collectively, permitted dogs owned by them to run at large in the Neighborhood in direct violation of the leash laws governing the Neighborhood. In so doing the Defendants, by and through the actions of the dogs, damaged Plaintiffs' property and interfered with Plaintiffs' use of public and private roads and have attacked Plaintiff Wiercinski.

19. Plaintiffs objected and complained to Defendants regarding the leash law violations and the damage caused the dogs as a result of these violations.

20. Plaintiffs have filed complaints on numerous occasions with Santa Cruz Animal Control ("Animal Control") regarding the violations of the leash laws by the Defendants. Animal Control initially issued citations for these violations and subsequently referred these citations to the offices of the

-3-

County Attorney, more specifically to County Attorney George Silva ("Attorney Silva") at Attorney Silva's direction. Attorney Silva dismissed all or most citations for said violations of the leash laws without consulting with Plaintiffs and without making any effort to compensate Plaintiffs for loses caused by animals. At Defendant's request, County Attorney Silva has agreed not to enforce County leash laws in the neighborhood.

21. In April of 2007, with the knowledge and approval of employees of Santa Cruz County, Defendants and other neighbors entered into a mutually beneficial unlawful agreement whereby their dogs were able to run "at large" within the Neighborhood. This agreement was ratified by County Attorney Silva. This agreement placed Plaintiffs at risk and was designed to show Plaintiffs that they (Defendants) were above the law.

22. In May of 2007, Defendants met with County Attorney Silva concerning the leash law violations. At this meeting Defendants, along with others, conspired to violate Plaintiffs' civil and constitutional rights.

23. From March of 2007 through January of 2008, Defendants met with each other, Deputy Noriega and George Silva in an effort to have Plaintiffs prosecuted, imprisoned and silenced. Group meetings occurred in October 2007 and January 2008.

24. Since July of 2007, Defendant James Rowley has intermittently endangered Plaintiffs by driving his vehicle in an unsafe and dangerous manner in the Neighborhood and in the vicinity where Plaintiffs were jogging. Said behavior is and was intentionally directed at Plaintiffs and intended to threaten and intimidate, which it did.

25. Plaintiffs have attempted to seek redress for this behavior by reporting it to the police authorities, but no citations have been issued against Defendant James Rowley. Defendants conduct was ratified and approved by Sergeant Noriega of the Santa Cruz County Sheriff's Department and Plaintiffs were intimidated at the direction of Sergeant Noriega and George Silva. Plaintiff's complaints were ignored. After Plaintiffs complained, Sergeant Noriega directed an investigation of Plaintiffs in effort to protect Defendants and have Plaintiffs arrested and charged with felony and misdemeanor offenses.

26. In October of 2007 through January of 2008, Defendants Minnick and Mathers did the following:

    a. Filed a complaint of aggravated harassment in October 2007 in Santa Cruz County Justice Court alleging Plaintiff Coates was harassing them. Plaintiff Coates was out of the State at the time Defendants alleged acts took place and the allegations were false.

    b. Filed police reports in Santa Cruz County regarding Plaintiff Coates in an attempt to discredit Coates. These defendants knew that said reports were false and misleading.

    c. Met with Attorney Silva and had all citations for leash law violations dismissed.

    d. Met with members of the neighborhood; signed the agreement to violate County leas law ordinances; signed statements, in order to get Plaintiffs criminally prosecuted; filed a second injunction against harassment based on false information in January 2008.

27. On October 5th, 2007, Defendants met with each other and thereafter with Noriega in order to plan the arrest of Plaintiffs under color of State law.

28. In furtherance of this plan, Defendants Rowley and Scheid made false statements, met with Sergeant Noriega and George Silva again with Attorney Silva and filed injunctions against harassment designed to violate civil rights, threaten and intimidate Plaintiffs.

29. From July 2007 through January 2008, Defendants made contact with Defendant Noriega on several occasions, with the intention of having Plaintiffs arrested and prosecuted.

30. Between July of 2007 and January of 2008, Defendants remained in contact with Defendant Noriega and planned the arrest of Plaintiff Coates.

31. On December 30th, 2006 and on January 3, 2008, Defendant Kathleen Rowley reported Plaintiff Coates to law enforcement for exercising his First Amendment right of free speech. Dr. Coates was eventually seized, arrested and searched at the order of Sergeant Noriega. Ms. Rowley asked to speak directly with Sergeant Noriega when filing charges.

32. In April of 2009, Defendants Joseph and Krista Rowley trespassed onto Plaintiffs' property. Plaintiff Coates asked them to leave. Defendants Joseph and Krista Rowley then filed a report with the law enforcement authorities of Santa Cruz County with the purpose of having Plaintiff Coates arrested and prosecuted. As a result of this action, Plaintiff Coates was eventually charged with violating the conditions of his probation based upon a disorderly conduct conviction and Defendants Joseph and Krista Rowley and George Silva attempted to have Plaintiff Coates' probation revoked. These charges were eventually dismissed by Santa Cruz County Superior Court.

33. On or about January 3rd, 2008 and by order and direction of Defendant Noriega, Plaintiff Coates was arrested and his property illegally seized and searched by law enforcement.

34. On January 16th, 2008, Attorney Silva met with Defendants in order to finalize arrangements to prosecute Plaintiff Coates and ratify lawless behavior of Defendants in regards to leash law violations. Plaintiff Coates was subsequently prosecuted in Santa Cruz County for felony harassment and disorderly conduct. The felony harassment charges were reduced and/or dismissed or resolved in Plaintiff Coates' favor in September 2008.

35. On February 20th, 2009, Defendant Beth Scheid contacted the Santa Cruz County Sheriff's Office in order to make a complaint regarding threats and harassment by Plaintiff Coates. These complaints were investigated and are still being investigated, by Deputy Jesus Contreras, Santa Cruz County Deputy, badge #156.0 ("Deputy"). During this investigation, Defendant Beth Scheid informed the Deputy that she had been involved in civil litigation with Plaintiff Coates and attempted to have Dr. Coates arrested and jailed. Ms. Scheid gave false information in making a complaint to law enforcement.

36. Defendant Beth Scheid is using the threat of prosecution to preclude Plaintiffs from pursuing civil litigation.

37. Defendant Greg Scheid has searched company records of Costco, where he works as manager, and disclosed and turned over private records of plaintiffs to Sergeant Noriega. Scheid has lied under oath to hide this

invasion. The information seized by Scheid from Costco was turned over to Sergeant Noriega at his request.

# COUNT I
# VIOLATION OF CIVIL RIGHTS; 42 USCA § 1983

38. Plaintiffs incorporate all allegations set forth above into this Count as if fully set forth herein.

39. Since October, 2006, all Defendants named above, individually and collectively and under color of law, assisted by governmental officials, violated Plaintiffs' civil rights in the following manner:

   a. Threatened and intimidated;

   b. Posted signs that endanger and intimidate Plaintiffs and threaten Plaintiffs;

   c. Allowed dogs to run loose and destroy Plaintiffs' property in order to terrorize, threaten and intimidate;

   d. Sought injunction against harassment to deprive Plaintiffs of free speech and right to travel.

   e. Entered into illegal agreements to violate County leash laws regarding dogs owned by Defendants;

   f. Given false information to law enforcement;

   g. Testified falsely under oath;

   h. Reported Plaintiffs for making statement protected by the 1st Amendment;

   i. Filed false charges;

   j. Attempted to restrict lawful travel;

   k. Sought and received the support of the County Sheriffs Department and the County Attorneys Office for their actions;

l. Attempted to bar Plaintiffs from Courthouse;

m. Attempt to intimidate Plaintiff from continuing litigation in Santa Cruz County.

n. Acted under color of state law.

39. The following rights of Plaintiffs were and are protected by law and were violated:

   a. Violations of Plaintiffs' rights protected by the First and Fourth Amendments to the Constitution of the United States;

   b. Violations of Chapter 28, Arizona Revised Statutes, with regard to the dangerous driving allegations against Defendant James Rowley;

   c. Violations of the Arizona Statutes governing public meetings by the defendants in concert with Attorney Silva;

   d. Conspiracy to deprive Plaintiffs of their rights to protection under Arizona law regarding the leashing of canines.

   e. Violations of the 4th and 14th Amendment to be free from unlawful arrest, search and seizure.

**WHEREFORE**, Plaintiffs pray for judgment against all named defendants and for the following relief:

1. Compensatory damages in an amount no less than $1,000,000.

2. Punitive damages.

3. Court costs.

4. Reasonable attorneys' fees.

5. Any other and further relief as this Court deems just and equitable.

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

40. Plaintiffs incorporate all allegations set forth above as if fully set forth in this Count.

41. The conduct of all named defendants, individually and collectively, as set forth above, is extreme and/or outrageous.

42. This conduct has caused severe emotional distress.

43. All defendants named above intended to cause this distress and/or were reckless in their behavior resulting in said distress.

**WHEREFORE**, Plaintiffs pray for judgment against all named defendants and for the following relief:

1. Compensatory damages in an amount no less than $1,000,000.

6. Punitive damages.

7. Court costs.

8. Reasonable attorneys' fees.

9. Any other and further relief as this Court deems just and equitable.

## COUNT III
## CONSPIRACY TO VIOLATE 42 U.S.C §1983

44. Plaintiffs incorporate all prior allegations herein.

45. Since January 2008, Defendants have conspired to violate Plaintiffs civil rights.

**WHEREFORE**, Plaintiffs pray for judgment against all named defendants and for the following relief:

1. Compensatory damages in an amount no less than $1,000,000.

2. Punitive damages.

3. Court costs.

4. Reasonable attorneys' fees.

5. Any other and further relief as this Court deems just and equitable.

RESPECTFULLY SUBMITTED this 26th day of October, 2009.

*John D. Kaufmann*

Copy of the foregoing was mailed/delivered this 28th day of October, 2009 to:

Clerk of Superior Court
PO Box 1265
Nogales, Arizona 85628

Monroe & McDonough, P.C.
6280 E. Pima, Ste 105
Tucson, Arizona 85712

Brendon Burns
Lewis Brisbois Bisgaard & Smith LLP
2929 N. Central Avenue, Ste 1700
Phoenix, AZ 85012-2761

Daryl Audilett
Kimble, Nelson, Audilett & Kastner, P.C.
335 N. Wilmot Road, Ste 500
Tucson, Arizona 85711

1

2  Jeff Brei, P.C.
3  4574 N. 1st Avenue
   Tucson, Arizona 85718
4

5  Kathleen Rowley
   James Rowley
6  HC1 Box 259
7  Elgin, Arizona 85611

8  Joseph Rowley
   Krista Rowley
9  706 S. Toltec
10 Mesa, Arizona 85204

11
   Manuel Noriega
12 Magdalena Noriega
   445 Sykes Circle
13 Rio Rico, Arizona 85648

14

15

16

17

18

19

20

21

22

23

24

25

## VERIFICATION

**STATE OF ARIZONA** )
) ss.
**COUNTY OF SANTA CRUZ** )

**COMES NOW** the affiants, Wayne E. Coates and Patricia Wiercinski and declare under penalty of perjury that the foregoing is true and correct:

1. We are the Plaintiffs in the above captioned action;
2. We have read the foregoing Complaint;
3. The contents contained therein are true and correct to the best of our knowledge;

Further the affiant sayeth not.

________________________
Wayne E. Coates

**SUBSCRIBED AND SWORN TO** before me this 27 day of October, 2009 by **Wayne E. Coates**.

OFFICIAL SEAL
JOHN D. KAUFMANN
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Dec. 12, 2012

________________________
Notary Public

________________________
Patricia Wiercinski

**SUBSCRIBED AND SWORN TO** before me this 27 day of October, 2009 by **Patricia Wiercinski**.

OFFICIAL SEAL
JOHN D. KAUFMANN
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Dec. 12, 2012

________________________
Notary Public