EXHIBIT B

```
1  JOHN D. KAUFMANN
   Attorney At Law
2  Suite 905 Transamerica Bldg.
   177 North Church Avenue
3  Tucson, Arizona 85701
   (520) 623-2016   Fax (520) 623-8715
4
   Arizona State Bar No. 004156
5  Pima County Computer No. 30436
```

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| WAYNE E. COATES and PATRICIA WIERCINSKI, husband and wife.<br>　　　　Plaintiffs.<br>vs.<br>SUSAN MINNICK; ERIC MATHERS; KATHLEEN ROWLEY and JAMES ROWLEY, husband and wife; JOSEPH ROWLEY and KRISTA ROWLEY, husband and wife; MANUEL NORIEGA and MAGDALENA NORIEGA, husband and wife; GREGORY H. SCHEID and BETH ANN SCHEID, husband and wife.<br>　　　　Defendants. | NO. CV-09-733<br><br>SUMMONS |

**THE STATE OF ARIZONA** to the above-named Defendants

I. A lawsuit has been filed against you.

II. If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 W. Congress, Tucson, Arizona 85701 accompanied by the necessary filing fee. A copy of the Response must also be mailed to the plaintiff/attorney whose name appears below.

III. The Response must be filed within **TWENTY DAYS**, exclusive of the date of service, if served within the State of Arizona, or within **THIRTY DAYS**, exclusive of the date of service, if served outside the State of Arizona.

IV. This is a legal document. If you do not understand its consequences, you should seek the advice of an attorney.

V. Requests for Reasonable accommodations for persons with disabilities must be made to the court by Parties at least 3 working days in advance of a scheduled court proceeding.

**WITNESS** My Hand and the Seal of the Superior Court.

DATED: 10/30/09

CLERK OF THE SUPERIOR COURT
Juan Pablo Guzman

MARIA M. FIMBRES

By _____
Deputy Clerk

Attorney's Name, Address, Phone
JOHN D. KAUFMANN
177 NORTH CHURCH AVE., STE. 905
TUCSON, ARIZONA 85701