IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WAYNE E. COATES and PATRICIA WIERCINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>SUSAN MINNICK, ERIC MATHERS, KATHLEEN ROWLEY and JAMES ROWLEY, JOSEPH ROWLEY and KRISTA ROWLEY, MANUEL NORIEGA and MAGDALENA NORIEGA, GREGORY H. SCHEID and BETH ANN SCHEID,<br><br>Defendants. | No. CIV 09-682-TUC-CKJ(CRP)<br><br>**ORDER** |

On September 17, 2010, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (Doc. 73) in which he recommended that the Motion for Summary Judgment (Doc. 38) filed by Defendants Susan Minnick and Eric Mathers be granted. The magistrate judge advised the parties that any objections had to be served and filed within 14 days of being served with a copy of the Report and Recommendation and that, if objections were not timely filed, they may be deemed waived. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 73) is ADOPTED;

2. Susan Minnick and Eric Mathers' Motion for Summary Judgment (Doc. 38) is GRANTED, and;

3. Judgment is awarded in favor of Defendants Susan Minnick and Eric Mathers and against Plaintiffs as to all claims.

DATED this 25th day of October, 2010.

Cindy K. Jorgenson
United States District Judge